UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-16-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| ROBERT HUBBARD, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court upon the *ex parte* motions of Defendant Robert Hubbard. [R. 22; R. 25]. Upon the approval of both this Court and the Sixth Circuit Court of Appeals, the Defendant's *ex parte* motions shall be granted for the reasons stated in the Recommended Disposition of Magistrate Judge Hanly A. Ingram. [R. 34]. Accordingly, it is hereby

**ORDERED** as follows:

    (1)    The Recommended Disposition [R. 34] as to Robert Hubbard is **ADOPTED** as and for the Opinion of the Court; and

    (2)    The Defendant's *Ex Parte* Motions [R. 22; R. 25] are **GRANTED**.

This 10th day of January, 2014.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge